# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **ORLANDO PANKEY** | : | Case No. 1:18-cv-702 |
| **On behalf of himself and all** | : | |
| **Others similarly situated** | : | Judge: Michael R. Barrett |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| **HI-TEK MANUFACTURING,** | : | |
| **INC. et al.** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER RULE 41(A) WITHOUT PREJUDICE
## TO DEFENDANT AAIM EA TRAINING AND CONSULTING, LLC

Plaintiff Orlando Pankey gives notice that he voluntarily dismisses all Claims and Counts without prejudice against AAIM EA Training and Consulting, LLC. As this Defendant has not filed an answer or motion for summary judgment, no stipulation or court order is required under the Civil Rules.

Plaintiff will still pursue all other Counts and Claims against all other Defendants as outlined in the Complaint of this Action.

Respectfully Submitted,

*/s/ Matt Miller-Novak*
Matthew-Miller Novak (0091402)
GODBEY LAW
708 Walnut Street, Suite 600
Cincinnati, Ohio 45202
PH: 513/241-6650 – FX: 513/241-6649
*Matt@godbeylaw.com*

*-and-*

**Brian P. Gillan (0030013)**
FREKING MYERS & REUL LLC
600 Fine Street, 9th Floor
Cincinnati, Ohio 45202
PH: 513/721-1975 – FX: 513/651-2570
bgillan@fmr.law

**Co-Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

Respectfully Submitted,

*/s/ Matt Miller-Novak*